| | |
|---|---|
| 1 | **COLT B. DODRILL, ESQ.** |
| | Nevada Bar No. 9000 |
| 2 | **WILSON, ELSER, MOSKOWITZ,** |
| | **EDELMAN & DICKER LLP** |
| 3 | 6689 Las Vegas Blvd. South, Suite 200 |
| | Las Vegas, NV 89119 |
| 4 | (702) 727-1400; FAX (702) 727-1401 |
| | colt.dodrill@wilsonelser.com |
| 5 | *Attorney for Defendants Gregory Donald Beaton and 1109869 Alberta Inc.* |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROMMEL DOLMUS MUNGUIA, individually, and MELISSA PASCUAL RODRIGUEZ, individually, | Case No. 2:25-cv-00910-GMN-DJA |
| Plaintiff, | **ORDER TO DISMISS WITH PREJUDICE** |
| vs. | |
| GREGORY DONALD BEATON, individually; 1109869 ALBERTA INC. d/b/a BIN 'N GONE a Foreign Corporation; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

The parties stipulate to dismiss with prejudice, each to bear their own fees and costs. No trial date was scheduled.

| | |
|---|---|
| THE702FIRM | **WILSON ELSER** |
| | Wilson Elser Moskowitz Edelman & Dicker LLP |
| BY: /s/ *Joel S. Hengstler* | BY: /s/ *Colt B. Dodrill* |
| MICHAEL C. KANE, ESQ | COLT B. DODRILL, ESQ. |
| Nevada Bar No. 10096 | Nevada Bar No. 9000 |
| BRADLEY J. MYERS, ESQ. | Attorney for Defendants Gregory Donald Beaton and 1109869 Alberta Inc. |
| Nevada Bar No. 8857 | |
| JOEL S. HENGSTLER, ESQ. | |
| Nevada Bar No. 11597 | |
| Attorneys for Plaintiffs Rommel Dolmus Munguia and Melissa Pascual Rodriguez | |

**IT IS SO ORDERED.**

Dated this __14__ day of October, 2025

_____
Gloria M. Navarro, District Judge

318612661v.1